The People of the State of Illinois, Plaintiff-Appellee, *v.* Earl Delaney, Defendant-Appellant.

(No. 59151; )

First District (5th Division)—May 3, 1974.

PER CURIAM.
BARRETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Robert Gevirtz and J. Powers McGuire, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.